RECEIVED

NOV 29 2022

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

_____ DIVISION

_____ Timothy Best _____ )

_____ )

_____ )

(Enter above the full name
of the Plaintiff[s] in this
action).

vs.

__ Town of Ayden _____ )

__ Ayden Police Department )

_____ )

_____ )

(Enter above the full name of
**ALL** Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of **all** the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

JURY DEMAND

Case No. 4:22-CV-145-D
(To be assigned
by the Clerk of
District Court)

## COMPLAINT

Plaintiff resides at: ____ 210 E. Fire Tower Road ____
____ Winterville, North Carolina 28590 _____

_____

_____

_____

Defendant(s) name(s) and address(es), if known: __ Town of Ayden __
__ Town Clerk, Ayden Police Department 4144 West North

1

West Avenue Ayden, North Carolina 28513.

Jurisdiction in this court is based on: ___ Federal Questions. 14 Amendment To the United States Constitution, Harassment and Racial Profiling, Title VII Civil Rights Act of 1964, Harassment and Racial Profiling is a form of Discrimination.

The acts complainted of in this suit concern: Ayden Police Department and the Town of Ayden constant Racial Profiling and Harassing me since on/or about March 12, 2021. IT all begin when Ayden Police Officer Best followed me To Ayden Fire Department and came in while I was being Treated for Medical reasons and gave me a DWI while I was sitting in Ayden Fire Department. Another Officer of Ayden Police Department on/or about 2 months later followed me To my friend Roger West house and gave me a speeding ticket while I was in Roger's yard, falsely claiming that I was going 45 MPH in a 35 mph zone. It was false because, there was No way I could have turned properly into Roger's yard while going 45 MPH without running into one of the ditches in Roger's driveway. The situation with Ayden Police got so bad I was compelled to move to Goldsboro, NC at 307

W. Grantham Street Apt G4 Goldsboro, NC 27530. Now, while coming through Ayden, NC from a two months job, I was doing in New York State at AHA AHAVAS HATORAH located at 1421 Old Route 209 Spring Glen, NY 12483, on my way back to Goldsboro, NC, I pulled over in what the people in Ayden call the white folks Part of Town, in order to catch a little sleep from the long 12 hours ride from New York State, here come Ayden Police again Racial Profiling and harassing me on 10/23/2022. The only time you see Ayden Police in what they call the white folks section, is when they see a black man pulled over on the side of the road trying to

(If you need more space, or wish to include any further
information for consideration, please attach additional sheets.)

I seek the following relief:

Federal Level Money Damages Guidelines $50,000 dollars for the Town of Ayden and Ayden Police Department having 15 - 100 employees, and $500,000 dollars for the Town of Ayden and Ayden Police Department having to Pay me for Intentional Infliction Emotional Distress and Punitive Damages in this longtime Racially Charged Case. Issue a Injunction To Restrain Criminal Prosecution of the DWI on 10/23/2022 which exceptions to the general rules are as follow (1) adequate protection to my constitutional rights, (2) orderly administration of justice, (3) prejudicial question that is sub judice; (4) the acts of the officer was without or in excess of authority, (5)(6) prosecution is under an invalid law, ordinance or regulations, (7)(8) persecution rather than

Timothy Best v. Town of Ayden and Ayden Police Department,

The acts complained of in this suit concern: catch maybe one hour of sleep, on my way back to Goldsboro, NC after a 12 hours trip from Upstate New York. While on the side of the road, I was not bothering no one therefore, Officers Stangland had probable cause to bother or arrest me. The Officer was simply there on his and the other Ayden Police continued effort to harass and racial profile myself and other African American in Ayden North Carolina.

In fact, Ayden Police has never monitor the caucasian sections in Ayden North Carolina, if they nt there harassing and racial profiling me, they would have been in the Africa American parked on the place they called the block, where in the 1990's there was plenty of Africa American stores and bars until the Town of Ayden Officials and their Police Department limited those stores and bars, allowing the caucasian to have and bars right under their nose and I can't forget the Park, the people of Ayden called the Many Park. The Town of Ayden and their Police Department took away the African American basketball goals at the Many Park and allowed the caucasian people to keep their Parks and basketball goals. They are now targeting the garden and LeLe stores where African American are the only ones attending those areas, while no caucasian attend them.

The Town of Ayden Officials and Ayden Police has been harassing and racial profiling Africa American from the times of the 1990's, I have witnessed for a fact and maybe even further back in the 1960's, 1970's and the 1980's. At present the Town of Ayden Officials and Ayden Police continue to exist on the early morning of October 23, 2022, on the very morning in which I was not pulled over by Ayden Police and that morning I pulled myself over to get maybe an hour of sleep, in my own effort to public safety.

The Town of Ayden Officials and their Police Department have added slander and libel to their many violations by falsely claiming that they found a man unconscious rather than, trying to get maybe an hour sleep in before I was harassed and racial profiled. And if Ayden Police did find a man unconscious, why go past the hospital and take him to the Detention Center rather than taking the unconscious man to the hospital. The Town of Ayden Officials and Ayden Police Department have been making mistakes and violating African American as of lately and for as long as I have known them..

To make matter worse, Officer Stangland claimed that I refused to take the breath test at the scene at the time of my arrest at 1:53 am however, in his Intox BC IR-ll Subject Test, he claimed that I passed the test by blowing a .08 at 2:52 am and then turned around on the same sheet, claimed that I refused at 2:54 am. The actions of Officer Stangland were made without or in excess of authority. Officer Stangland's actions were not only deliberate but



he became mad, desperate and lust for vengeance to arrest and made charges that are manifestly false against me because I simply told him that I did not want to be a bother and to leave me alone because I was not bothering no body. He repaid me by making false claims in the papers that I told him that I was intoxicated, imagine that.

I sure can't but what I can imagine that I was harassed, racial profiled, another form of discrimination please see: the 14 Amendent to the United States Consitution and Title VII of the Civil Rights Act of 1964, slander, and libel, by another caucasian Ayden Police Officer. That's the reality that the African American and myself are living with when it comes to the caucasain on the Ayden Police Department and the Town of Ayden Officials.

Case 4:22-cv-00145-D-RJ    Document 9    Filed 01/20/23    Page 5 of 8

prosecution; (7) charges are manifestly false and motivated by the
lust for a vengeance.

_11/25/2022_
Date                          _J. L_
                              Signature of Plaintiff

                              210 E. Fire Tower Road

                              Winterville, NC 28590

                              845-389-6129
                    Address and Telephone Number of Plaintiff

4

# Intox EC/IR-II: Subject Test

*PITT COUNTY AYDEN PD 730*

Serial Number: *008666*
Test Date: *10/23/2022*

Citation Number: *C4779186-3*
Subject's Name: *BEST, TIMOTHY D*
Subject's Date of Birth: *05/14/1966*
Subject's Sex: *Male*
Driver's License State: *NC*
Driver's License Number: *6210173*

Analyst's Name: *Stangland, Aaron J*
Permit Number: *0030-7139*
Effective:
*06/01/2022-06/01/2024*

Officer's Name: *Stangland, Aaron J*
Type of Agency: *PD*
Agency: *Ayden*
Test Type: *Breath Test*

Lot Number: AG107501
Exp Date: 03/16/2023

| Test | g/210L | Time |
|------|--------|------|
| DIAG | Pass | 2:50am |
| AIR BLK | .00 | 2:51am |
| ACCY CHK | .08 | 2:52am |
| AIR BLK | .00 | 2:53am |
| **SUB TEST** | **.\*\*** | **2:54am** |

**TEST REFUSED**

_____
Signature of Chemical Analyst

Defendant's Copy

North Carolina Department of Health and Human
Services • Division of Public Health • Chronic
Disease and Injury Section • Forensic Tests for
Alcohol Branch • DHHS 4082 (12/07)

# EBY Traders

"If you think a law book is expensive, try gross ignorance of the law, it is more expensive."

# Rules on Injunction to Restrain Criminal Prosecution

AUGUST 21, 2017 / EBY TRADERS

As a general rule, the courts will not issue writs of prohibition or injunction – whether preliminary or final – in order to enjoin or restrain any criminal prosecution.

But there are extreme cases in which exceptions to the general rule have been recognized, including:

(1) when the injunction is necessary to afford adequate protection to the constitutional rights of the accused;

(2) when it is necessary for the orderly administration of justice or to avoid oppression or multiplicity of actions;

(3) when there is a prejudicial question that is sub judice;

(4) when the acts of the officer are without or in excess of authority;

(5) when the prosecution is under an invalid law, ordinance or regulation;

(6) when double jeopardy is clearly apparent;

(7) when the court has no jurisdiction over the offense;

(8) when it is a case of persecution rather than prosecution;

(9) when the charges are manifestly false and motivated by the lust for vengeance; and

(10) when there is clearly no prima faciecase against the accused and a motion to quash on that ground has been denied ( Samson v. Guingona, Jr., G.R. No. 123504, December 14, 2000, 348 SCRA 32, 36).

EXHIBIT B