UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY BEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A** |
| v. | ) | **CIVIL CASE** |
| | ) | **CASE NO. 4:22-CV-145-D-RJ** |
| TOWN OF AYDEN, N.C., and AYDEN | ) | |
| POLICE DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objections to the M&R [D.E. 6] are OVERRULED and the court DISMISSES plaintiff's complaint as frivolous for failure to state a claim upon which relief can be granted.

**This Judgment Filed and Entered on January 20, 2023, and Copies To:**

Timothy Best                          (Sent to 210 E Firetower Rd. Winterville, NC 28590 via US Mail)

DATE:                                        PETER A. MOORE, JR., CLERK

January 20, 2023                      (By) /s/ Nicole Sellers

                                                                  Deputy Clerk